# Court of Appeals
# of the State of Georgia

ATLANTA, August 16, 2013

*The Court of Appeals hereby passes the following order*

**A13A1126. JOSHUA R. LEDFORD et al v. T. HOLMES RAMSEY, JR. et al.**

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above styled case, it is ordered that the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 16, 2013.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*